IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-00329-01-CR-W-SOW |
| | ) | |
| WILLIAM C. HERNANDEZ, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the Report and Recommendation (Doc. # 81) of United States Magistrate Judge Robert E. Larsen regarding defendant William Hernandez's entry of a plea of guilty.

Accordingly, it is hereby

ORDERED that, pursuant to the Report and Recommendation of U.S. Magistrate Judge Robert E. Larsen to which no objection has been filed, the plea of guilty of defendant Hernandez to Counts one and four and the forfeiture count of the superseding indictment is hereby accepted and the defendant is hereby adjudged guilty of these offenses. Sentencing will be set by subsequent order of the court.

            _____/s/ Scott O. Wright_____
            SCOTT O. WRIGHT
            Senior United States District Judge

Dated: __3/4/2009_____